[Submitting Counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:26-md-03171-RFL<br><br>**STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 4: PLAINTIFFS PROCEEDING UNDER PSEUDONYM** |
| This Document Relates to:<br><br>ALL ACTIONS | |

The Court has determined upon stipulation of the parties that, for purposes of the pre-trial proceedings in all member cases pending before the Court, a Plaintiff's need to proceed anonymously outweighs the prejudice to Lyft, Inc., and to any other defendants in these proceedings, in not disclosing a Plaintiff's identity, and the public's interest in knowing the that identity, in the period before trial. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). Accordingly, the Court hereby enters the following stipulated order:

Any Plaintiff who wishes to proceed anonymously may do so, for purposes of pretrial proceedings in this MDL and in any member case, provided they comply with the following procedures:

a. Individual complaints shall be filed using Plaintiff's first, and last initial;

b. Plaintiff agrees to provide their true name to Lyft no later than the earlier of (i) seven days from Lyft's request of such information, and (ii) Plaintiff's production of ride receipt information to Lyft, pursuant to the forthcoming Order of this Court. Lyft agrees that a Plaintiff's true name shall be kept confidential unless otherwise ordered by the Court;

c. To the greatest extent possible, the parties agree to refer to a Plaintiff by his or her designated pseudonym in all filings. Where impossible, the parties shall jointly request to file a Plaintiff's name under seal.

Nothing in this Order shall be construed as (1) authorizing any Plaintiff to proceed anonymously at any trial conducted in these proceedings, or upon remand of any member case from this MDL; or (2) as waiver of Lyft's ability to challenge any Plaintiff's request to do so. Lyft reserves the right to oppose or object to any such request.

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 4
CASE NO. 3:26-MD-03171-RFL

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: April 1, 2026

Respectfully submitted,

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Aimee Wagstaff*
Aimee Wagstaff
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80203
Telephone: (720) 255-7623
awagstaff@wagstafflawfirm.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*


By: */s/ Kristen L. Richer*
Kristen L. Richer (SBN 315883)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
kricher@btlaw.com

*Defense Liaison Counsel and
Counsel for Defendant Lyft, Inc.*

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 4
CASE NO. 3:26-MD-03171-RFL

By: */s/ Nadine S. Kohane*
Nadine S. Kohane (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
390 Madison Ave., 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
nkohane@btlaw.com

By: */s/ Beth A. Stewart*
Beth A. Stewart (admitted *pro hac vice*)
David Randall J. Riskin (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
bstewart@wc.com
driskin@wc.com

*Counsel for Defendant Lyft, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  **April 2, 2026**

_____
Hon. Rita F. Lin
United States District Court Judge

STIPULATION AND [~~PROPOSED~~] PRETRIAL ORDER NO. 4
CASE NO. 3:26-MD-03171-RFL