[Submitting Counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:26-md-03171-RFL |
| | **STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 5: SCHEDULING ORDER REGARDING MASTER AND SHORT FORM COMPLAINTS** |
| This Document Relates to: ALL ACTIONS | |

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 5
CASE No. 3:26-MD-03171-RFL

Pursuant to the Court's March 26, 2026 Pretrial Order No. 2 and following the Parties' discussions with the Court during the March 25, 2026 Initial Case Management Conference, Plaintiffs in all member cases, through Plaintiff Co-Lead Counsel, and Defendant Lyft, Inc. ("Lyft"), through counsel, (collectively, the "Parties"), have conferred and hereby agree to the following:

- Plaintiffs will file the Long Form Master Complaint no later than May 8, 2026. The Master Complaint shall be applicable, as adopted by a plaintiff's Short Form Complaint, to all current and future cases, whether they are transferred to or directly filed in this MDL.

- The Parties will submit a joint proposed model Short Form Complaint and Implementation Order for the Short Form Complaints no later than May 22, 2026. If the Parties are unable to provide a joint proposal, they shall provide a single submission showing the differences between their proposals together with a joint memorandum regarding their respective positions not to exceed ten pages per side. Once entered by the Court, the Short Form Complaint shall be used by all current and future member cases in this MDL proceeding whether they are transferred to or directly filed in this MDL.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: April 1, 2026

Respectfully submitted,

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 5
CASE No. 3:26-MD-03171-RFL

By: */s/ Aimee Wagstaff*
Aimee Wagstaff
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80203
Telephone: (720) 255-7623
awagstaff@wagstafflawfirm.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*


By: */s/ Kristen L. Richer*
Kristen L. Richer (SBN 315883)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
kricher@btlaw.com

*Defense Liaison Counsel and*
*Counsel for Defendant Lyft, Inc.*

By: */s/ Nadine S. Kohane*
Nadine S. Kohane (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
390 Madison Ave., 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
nkohane@btlaw.com

By: */s/ Beth A. Stewart*
Beth A. Stewart (admitted *pro hac vice*)
David Randall J. Riskin (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024

- 3 -

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 5
CASE No. 3:26-MD-03171-RFL

Telephone: (202) 434-5000
Facsimile: (202) 434-5029
bstewart@wc.com
driskin@wc.com
*Counsel for Defendant Lyft, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  **April 2, 2026**

Hon. Rita F. Lin
United States District Court Judge

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 5
CASE No. 3:26-MD-03171-RFL