[Submitting Counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:26-md-03171-RFL<br><br>**STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 7: DESIGNATION OF LIAISON COUNSEL** |
| This Document Relates to:<br><br>ALL ACTIONS | |

Pursuant to the Court's March 26, 2026 Pretrial Order No. 2, Plaintiffs in all member cases, through Plaintiff Co-Lead Counsel, hereby designate Rachel Abrams of Peiffer Wolf Carr Kane Conway & Wise as Plaintiffs' Liaison Counsel. Defendant Lyft, Inc. ("Lyft"), through counsel, hereby designates Kristen L. Richer of Barnes & Thornburg LLP as Defense Liaison Counsel.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:                                    Respectfully submitted,

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Aimee Wagstaff*
Aimee Wagstaff
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80203
Telephone: (720) 255-7623
awagstaff@wagstafflawfirm.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 7
CASE NO. 3:26-MD-03171-RFL

By: */s/ Kristen L. Richer*
Kristen L. Richer (SBN 315883)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
kricher@btlaw.com

*Defense Liaison Counsel and*
*Counsel for Defendant Lyft, Inc.*

By: */s/ Nadine S. Kohane*
Nadine S. Kohane (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
390 Madison Ave., 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
nkohane@btlaw.com

By: */s/ Beth A. Stewart*
Beth A. Stewart (admitted *pro hac vice*)
David Randall J. Riskin (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
bstewart@wc.com
driskin@wc.com

*Counsel for Defendant Lyft, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  **April 2, 2026**

Hon. Rita F. Lin
United States District Court Judge

STIPULATION AND [PROPOSED] PRETRIAL ORDER NO. 7
CASE NO. 3:26-MD-03171-RFL