Kristen L. Richer (SBN 315883)
Sandra M. Ko (SBN 260863)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
kricher@btlaw.com
sko@btlaw.com

Nadine S. Kohane (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
390 Madison Ave., 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
nkohane@btlaw.com

*Counsel for Defendant Lyft, Inc.*
*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:26-md-03171-RFL **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PRETRIAL ORDERS RELATED TO FACT SHEETS AND RIDE RECEIPTS** |
| This Document Relates to: ALL ACTIONS | |

**JOINT STIPULATION**

Plaintiffs in all member cases, by and through Plaintiff Co-Lead Counsel, and Defendant Lyft, Inc. ("Lyft"), by and through undersigned counsel, (collectively, the "Parties"), hereby state that they have met and conferred regarding the current deadline to submit stipulations and proposed orders related to ride receipts (the "Ride Receipt Order") and fact sheets, including Plaintiff Fact Sheets, Defense Fact Sheets, and a Fact Sheet Implementation Order (the "Fact Sheet Orders"), and hereby stipulate as follows:

WHEREAS, the Court's March 26, 2026 Pretrial Order No. 2 directed the Parties to meet and confer, and to submit Stipulations and Proposed Fact Sheet Orders by May 6, 2026;

WHEREAS, the Parties have met and conferred and exchanged drafts of the Fact Sheet Orders;

WHEREAS, the Parties' discussions are ongoing, both as to the form and content of the Fact Sheet Orders, and as to the manner in which fact sheets should be served (i.e., via a discovery platform that facilitates discovery in coordinated proceedings);

WHEREAS, the Court previously granted the Parties an extension on the deadline to submit a stipulation and proposed Ride Receipt Order so that the Parties could continue to discuss it in conjunction with the Fact Sheet Orders;

WHEREAS, the Parties mutually agree that the meet and confer process on the Ride Receipt Order and Fact Sheet Orders would benefit from additional time to continue discussing the vendor for the discovery platform, and the contents of the Ride Receipt and Fact Sheet Orders to allow the Parties to continue coordinating on and narrowing issues that require the Court's consideration;

WHEREAS, in an effort to facilitate these discussions, and to avoid unnecessary later amendments to the Fact Sheet Orders, the Parties respectfully request the Court extend the time by which the Parties have to submit either (1) Joint Stipulations and Proposed Fact Sheet Orders, or (2) in the event the Parties cannot reach full agreement on such orders, competing proposals with position statements in support thereof, pursuant to Section V of Pretrial Order No. 2 (Dkt. No. 77), to May 12, 2026; and

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:26-MD-03171-RFL

WHEREAS, this is the Parties' first stipulation extending the Parties' time to submit the Fact Sheet Orders, and the Parties' second stipulation extending the Parties' time to submit the Ride Receipt Order, and the requested extension will not prejudice any party or impact any other existing case deadlines.

IT IS THEREFORE STIPULATED AND AGREED by Plaintiffs, by and through Plaintiff Co-Lead Counsel, and Defendant Lyft, by and through undersigned counsel, that the Parties will continue to meet and confer on the draft Ride Receipt Order and Fact Sheet Orders, and will submit either (1) Joint Stipulations and Proposed Ride Receipt and Fact Sheet Orders, or (2) in the event the Parties cannot reach full agreement on such single orders, a joint memorandum regarding their respective positions not to exceed six pages total, which attaches as exhibits redlines for each order showing the differences between their proposals, on or before May 12, 2026.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: May 2, 2026                                Respectfully submitted,

By: *Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
**CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

Aimee Wagstaff
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80203
Telephone: (720) 255-7623
awagstaff@wagstafflawfirm.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:26-MD-03171-RFL

*Co-Lead Counsel for Plaintiffs*

By: *Kristen L. Richer*
Kristen L. Richer (SBN 315883)
Sandra M. Ko (SBN 260863)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
kricher@btlaw.com
sko@btlaw.com

*Defense Liaison Counsel and*
*Counsel for Defendant Lyft, Inc.*

Nadine S. Kohane (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
390 Madison Ave., 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
nkohane@btlaw.com

Beth A. Stewart (admitted *pro hac vice*)
David Randall J. Riskin (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
bstewart@wc.com
driskin@wc.com

*Counsel for Defendant Lyft, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

_____
Hon. Rita F. Lin
United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:26-MD-03171-RFL

## **SIGNATURE ATTESTATION**

I hereby attest that I am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 4-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 2, 2026

Respectfully submitted,

**BARNES & THORNBURG LLP**

By:  *Kristen L. Richer*
Kristen L. Richer

*Counsel for Defendant Lyft, Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:26-MD-03171-RFL