UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3171 |
| | |
| This Document Relates to: | [PROPOSED] PRETRIAL ORDER NO. 11: CASE SCHEDULE |
| ALL ACTIONS | |

Plaintiffs in all member cases, by and through Plaintiffs' Co-Lead Counsel, and Lyft, Inc. ("Lyft"), by and through undersigned counsel (collectively, the "Parties"), state that they have met and conferred regarding the case schedule, and stipulate as follows:

WHEREAS, on May 13, 2026, the Court held a Case Management Conference, during which it ruled on the Parties' competing proposals for the case schedule;

WHEREAS, pursuant to Dkt. No. 154, the Court Ordered the Parties to submit a joint stipulation and proposed order regarding the case schedule by May 27, 2026;

The Parties THEREFORE STIPULATED AND AGREED that the Court should enter the following schedule:

[PROPOSED] PRETRIAL ORDER 11: CASE SCHEDULE
MDL NO. 3171

| Deadline | Date |
|---|---|
| Lyft to Produce Initial Disclosures | **7/6/2026** |
| Lyft's Deadline to file Motions to Dismiss on Crosscutting Issues as Ordered by the Court (absent the Parties Reaching Agreement) | **8/4/2026** |
| Lyft to substantially complete production of discovery previously produced by Lyft to government entities (other than grand juries) regarding rideshare sexual assault | **8/17/2026** |
| Plaintiffs' Deadline to file Oppositions to Motions to Dismiss on Crosscutting Issues as Ordered by the Court (absent the Parties Reaching Agreement) | **9/3/2026** |
| Lyft's Deadline to file Reply to Motions to Dismiss on Crosscutting Issues as Ordered by the Court (absent the Parties Reaching Agreement) | **9/24/2026** |
| Hearing on Motions to Dismiss on Crosscutting issues | **10/14/2026 at 1:30 p.m.** |
| Lyft's Deadline for Substantial Completion of non-privileged documents responsive to Plaintiffs' Requests for Production that are served by August 1, 2026 | **1/4/2027** |
| Deadline to meet and confer on proposed Bellwether Selection Protocol | **3/5/2027** |
| Bellwether Selection Protocol Entered | **4/5/2027** |
| Wave 1 Bellwether Case Specific Discovery Opened | **7/5/2027** |
| Deadline for Wave 1 Bellwether Plaintiffs to file Individual Long Form Complaints in their Actions | **7/5/2027** |
| Lyft's Motion to Dismiss Wave 1 Bellwether Amended Complaints Due | **8/2/2027** |

- 2 -

| Deadline | Date |
|---|---|
| Plaintiffs' Oppositions to Motion to Dismiss Wave 1 Bellwether Amended Complaints Due | **8/30/2027** |
| Lyft's Reply in Support of Motion to Dismiss Wave 1 Bellwether Amended Complaints Due | **9/6/2027** |
| Deadline for completion of Wave 1 Bellwether Case Specific Fact Discovery | **12/10/2027** |
| Deadline for Simultaneous Exchange of Opening Expert Reports | **2/29/2028** |
| Deadline for Simultaneous Exchange of Rebuttal Reports | **45 days after Opening Reports (4/14/2028)** |
| Close of Expert Discovery | **30 days after Rebuttal Reports (05/15/2028)** |
| Substantial Completion of General Liability Fact Discovery | **30 days after Rebuttal Reports (05/15/2028)** |

**IT IS SO ORDERED.**

Dated: May 29, 2026

_____
Hon. Rita F. Lin
United States District Court Judge

- 3 -