Kristen L. Richer (SBN 315883)
Sandra M. Ko (SBN 260863)
Erin M. Gilmore (SBN 324319)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
kricher@btlaw.com
sko@btlaw.com
egilmore@btlaw.com

Nadine S. Kohane (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
390 Madison Ave., 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
nkohane@btlaw.com

*Counsel for Defendant Lyft, Inc.*
*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:26-MD-03171-RFL **JOINT STIPULATION AND ORDER REGARDING FILING OF BRIEFING ON ESI PROTOCOL (DKT. 154)** |
| This Document Relates to: ALL ACTIONS | |

WHEREAS, on May 13, 2026, the Court held a Case Management Conference, after which it entered certain case management deadlines reflected in Dkt. No. 154;

WHEREAS, pursuant to Dkt. No. 154, the Court ordered that the Parties meet and confer regarding the ESI protocol by May 27, 2026, and further ordered that briefing regarding the ESI protocol, not to exceed 25 pages per side, be filed by June 3, 2026, with a hearing set before Magistrate Judge Lisa J. Cisneros on June 23, 2026;

WHEREAS, pursuant to Dkt. No. 154, Lyft provided ESI Checklist information on May 20, 2026, and the Parties thereafter met and conferred on May 27, 2026 regarding Lyft's ESI Checklist disclosures, the scope of Lyft's preservation and collection efforts, and the terms of a proposed ESI protocol;

WHEREAS, following the May 27, 2026 meet and confer, Lyft has agreed to provide further disclosures, and the Parties agree that additional meet-and-confer efforts may facilitate agreement on portions of a proposed ESI protocol and narrow any issues requiring Court intervention;

WHEREAS, the Parties therefore agree and request that the June 3, 2026 deadline set forth in Dkt. No. 154 for either (1) submission of a stipulated ESI protocol or (2) briefing regarding disputed ESI protocol issues should be extended by one week, to June 10, 2026, in order to permit the Parties to continue to meet and confer regarding Lyft's ESI disclosures and the terms of a proposed ESI protocol, and to attempt to reach agreement on as many issues as possible before seeking Court intervention;

WHEREAS, this is the Parties' first stipulation regarding the ESI protocol briefing deadline, and the requested extension will not affect the currently scheduled June 23, 2026 hearing before Judge Cisneros or any other existing case deadlines;

IT IS THEREFORE STIPULATED AND REQUESTED, by and through undersigned counsel, that the Parties' deadline to submit briefing regarding the ESI protocol currently set for June 3, 2026 pursuant to Dkt. No. 154 be extended to June 10, 2026.

/ / /

- 2-                                                                    JOINT STIPULATION AND  ORDER CASE NO.
                                                                          3:26-MD-03171-RFL

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**


Dated:  May 29, 2026                    Respectfully submitted,


By: */s/ Tiffany R. Ellis*
Tiffany R. Ellis
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
15 E. Baltimore
Detroit, MI 48202
Telephone: (313) 210-1559
Facsimile: (415) 840-9435
tellis@peifferwolf.com

*Counsel for Plaintiffs*

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

Aimee Wagstaff
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80203
Telephone: (720) 255-7623
awagstaff@wagstafflawfirm.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

JOINT STIPULATION AND ORDER CASE NO.
                                                      3:26-MD-03171-RFL

By: /s/ *Erin M. Gilmore*
Erin M. Gilmore (SBN 324319)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
egilmore@btlaw.com

*Counsel for Defendant Lyft, Inc.*

Kristen L. Richer (SBN 315883)
Sandra M. Ko (SBN 260863)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
kricher@btlaw.com
sko@btlaw.com

*Defense Liaison Counsel and Counsel for Defendant Lyft, Inc.*

Nadine S. Kohane (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
390 Madison Ave., 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
nkohane@btlaw.com

Beth A. Stewart (admitted *pro hac vice*)
David Randall J. Riskin (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
bstewart@wc.com
driskin@wc.com

*Counsel for Defendant Lyft, Inc.*

JOINT STIPULATION AND  ORDER CASE NO.
3:26-MD-03171-RFL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 1, 2026

_____
Hon. Lisa J. Cisneos
United States Magistrate Judge