*[Submitting Counsel Below]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: LYFT, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:26-MD-03171-RFL |
| | **STIPULATION AND ORDER REGARDING EXTENSION TO FILE JOINT STIPULATION FOR PROPOSING A METHOD FOR RAISING DISCOVERY DISPUTES** |
| This Document Relates to: | |
| ALL ACTIONS | Judge: HON. LISA J. CISNEROS |

## RECITALS

**WHEREAS**, on June 23, 2026, the Court ordered that by June 30, 2026, the parties shall file a stipulation proposing a method for raising discovery disputes (ECF No. 226);

**WHEREAS**, the parties have been meeting and conferring regarding a stipulation proposing a method for raising discovery disputes; and

**WHEREAS,** the parties jointly request a two-day extension until July 2, 2026 to file a stipulation proposing a method for raising discovery disputes;

## STIPULATION

**NOW, THEREFORE**, the parties hereby agree and request the Court enter the parties' stipulation as follows:

1.  The parties shall have until July 2, 2026 to file a stipulation proposing a method for raising discovery disputes.

**IT IS SO STIPULATED.**

Dated: June 30, 2026                    Respectfully submitted,

By: */s/Aimee Wagstaff*
Aimee Wagstaff (SBN 278480)
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80203
Telephone: (720) 255-7623
awagstaff@wagstafflawfirm.com

Roopal P. Luhana (Admitted *Pro Hac Vice*)
**CHAFFIN LUHANA LLP**
600 Third Avenue, Floor 12
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE**
CONWAY & WISE, LLP
555 Montgomery Street, Suite 820

1

San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

*Co-Lead Counsel for Plaintiffs*

Joshua J. Wes
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (424)343-5559
Jwes@btlaw.com

*Counsel for Defendant Lyft, Inc.*

### ATTESTATION

Under Civil Local Rule 5-1(h)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 30, 2026                                By: /s/ *Aimee Wagstaff*

STIPULATION AND ORDER CASE NO.
3:26-md-03171-RFL

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  July 1, 2026                                              HON. LISA J. CISNEROS
United States Magistrate Judge

3