[Submitting Counsel Below]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:26-md-03171-RFL |
| This Document Relates to: | **JOINT CASE MANAGEMENT STATEMENT AND PROPOSED AGENDA** |
| ALL ACTIONS | Judge:      Hon. Rita F. Lin<br>Courtroom:  4 – 17th Floor |

In advance of the July 15, 2026 case management conference, Plaintiffs and Lyft, Inc. submit this Joint Case Management Statement and Proposed Agenda.

### JOINT REQUEST TO PROCEED VIA ZOOM

Consistent with their joint email to chambers on July 7, 2026, at 4:29 PM, the parties respectfully request that the Court consider hosting the July 15 case management conference via Zoom.  Given the nature of the agenda and topics for discussion with the Court, the parties agree that the conference can proceed efficiently via Zoom.

### PROPOSED AGENDA

1.  **Status of Plaintiffs' Case Filings**

2.  **Update on Motion to Dismiss/Cross-Cutting Issues Order**

3.  **Update on Ride Receipt Stipulation and Order**

4.  **Update on Local Rule 3-15 Disclosures**

5.  **Plaintiffs' Update Regarding Common Benefit Order and Instructions**

6.  **Coordination with Lyft JCCP**

7.  **Scheduling of Fall 2026 Case Management Conferences**

**I.      STATUS OF PLAINTIFFS' CASE FILINGS**

As of July 7, 2026, there are 62 cases in this MDL, and approximately 2000 plaintiffs coordinated in the JCCP. The first bellwether JCCP trial is set to commence in September 2026.

**II.     UPDATE ON MOTION TO DISMISS/CROSS-CUTTING ISSUES ORDER**

Following the Court's guidance at the June 24, 2026 case management conference, the parties are submitting a stipulation and proposed order regarding Lyft's initial motion to dismiss concurrently with this filing.

At the June 24 conference, Lyft also noted there may be room to further narrow the pleadings given a filing Plaintiff's leadership made in the Uber MDL identifying states in which Plaintiffs' vicarious-liability theories were not viable.  (June 24, 2026 Hr'g Tr. 19:14–20:7.)  The parties are conferring about this issue, and will be prepared to update the Court on their discussions at the conference.

### III.    UPDATE ON RIDE RECEIPT STIPULATION AND ORDER

The parties have agreed to a proposed, amended version of Pretrial Order 14: Ride Receipts, which reflects the Court's guidance at the June 24 conference, and which the parties are filing concurrently with this statement.  Additionally, as the Court suggested at that conference, Lyft has prepared an instruction sheet with exemplar demonstratives to assist Plaintiffs' counsel in collecting appropriate ride receipt documentation going forward.  A copy of Lyft's instruction sheet will be made available to individual Plaintiffs' counsel via the Rubris platform and via the website created and maintained by Plaintiffs' Co-Leads.[1]

### IV.    COMMON BENEFIT ORDER AND INSTRUCTIONS

Pursuant to this Court's request during the last Case Management Conference, Plaintiffs have updated the Lyft MDL website (https://lyftsexualassaultmdl.com/) to include not only Pretrial Order No. 16 ("PTO 16"): Establishing a Common Benefit Fee and Expense Fund (Dkt. No. 206), but a detailed summary of it for Plaintiffs and Plaintiffs' counsel. The following notice is provided in bold and red on the first page of the website:

> **Important common benefit fee and cost assessment notice for all plaintiffs' counsel regarding PTO 16: Establishing a Common Benefit Fee and Expense Fund: click here.**

The detailed summary explains the cases and claims subject to PTO 16, the fees and cost assessments, and links to PTO 16 and PTO 10: Timekeeping and Expenses Protocol (Dkt. No. 189).

### V.    UPDATE ON LOCAL RULE 3-15 DISCLOSURES

Following discussion with the Court regarding the status of Plaintiffs' counsel's compliance with Local Rule 3-15(b)(2), Lyft has provided Plaintiffs' Co-Leads with a list of member cases in which counsel has failed to serve the required disclosure.  Plaintiffs' Co-Leads have advised that they will reach out to each such firm directly to remind them of their disclosure obligations.  To the extent that any concerns remain after this step, the parties will confer further on this issue, and they will be prepared to address the matter at the August case management conference.

### VI.    COORDINATION WITH LYFT JCCP

---

[1] *See* https://lyftsexualassaultmdl.com/.

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED AGENDA
Case No. 3:26-MD-03171-RFL

### a. ADR Protocol

On July 2, 2026, a Case Management Conference took place in the JCCP. During that conference, the JCCP Court indicated that it had conferred with this Court regarding, among other things, a proposed ADR protocol. The parties seek clarification regarding requests this Court may have for an ADR protocol and coordination with the JCCP.

### b. Coordination of Discovery

With respect to coordination of discovery, Plaintiffs' Co-Leads have asked Lyft to consider permitting the free exchange of Lyft's general corporate discovery and disclosures between Plaintiffs' counsel in the MDL and the Lyft JCCP. Lyft is amenable in principle to sharing discovery materials and information across both proceedings but believes that any such sharing of discovery should be accomplished through a coordination order governing the exchange of all such materials—including disclosures (such as litigation holds), depositions, written discovery and document productions—to ensure that discovery is handled in a manner that facilitates efficiency and eliminates duplication. The parties have agreed to confer on these issues, and anticipate presenting the Court with an agreed-upon proposal, or with position statements outlining areas of disagreement, for consideration at the August conference.

## VII. SCHEDULING OF REMAINING 2026 CASE MANAGEMENT CONFERENCES

The next case management conference is scheduled for August 26, 2026. The parties request that the Court consider scheduling case management conferences through yearend, to allow counsel for both sides to reserve dates and plan travel. The parties have conferred and are available on the following Wednesdays:

- September 23
- October 14
- November 18
- December 9

Should the Court wish to conference this MDL on days other than Wednesdays, the Parties will confer further about additional availability.

4

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED AGENDA
Case No. 3:26-MD-03171-RFL

Dated: July 8, 2026

Respectfully submitted,

By: */s/ Rachel B. Abrams*
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY
& WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

By: */s/ Roopal P. Luhana*
Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

By: */s/ Aimee Wagstaff*
Aimee Wagstaff
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80203
Telephone: (720) 255-7623
awagstaff@wagstafflawfirm.com

*Co-Lead Counsel for Plaintiffs*

By: */s/ Kristen L. Richer*
Kristen L. Richer (SBN 315883)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
kricher@btlaw.com

*Defense Liaison Counsel and
Counsel for Defendant Lyft, Inc.*

Nadine S. Kohane (admitted pro hac vice)
**BARNES & THORNBURG LLP**

5

390 Madison Ave., 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
nkohane@btlaw.com

Beth A. Stewart (admitted pro hac vice)
David Randall J. Riskin (admitted pro hac vice)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
bstewart@wc.com
driskin@wc.com

*Counsel for Defendant Lyft, Inc.*

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED AGENDA
Case No. 3:26-MD-03171-RFL

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's consent and have authorized the filing.

Dated: July 8, 2026

By: /s/   *Aimee Wagstaff*

JOINT CASE MANAGEMENT STATEMENT AND PROPOSED AGENDA
Case No. 3:26-MD-03171-RFL