[Submitting Counsel below]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION | MDL No. 3171 |
| This document relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING INITIAL MOTION TO DISMISS** |
| ALL ACTIONS | |

Consistent with the Court's direction at the May 13, 2026 and June 24, 2026 case-management conferences regarding Lyft's anticipated motion to dismiss, Plaintiffs in all member cases, by and through Plaintiffs' Co-Lead Counsel, and Lyft, Inc. STIPULATE AND AGREE that Lyft may address the following matters in that anticipated motion:

- Under Texas law, a transportation-network company's alleged common-carrier status.

- Under California law, an asserted subject-matter-jurisdiction bar as to one or more of Plaintiffs' causes of action arising from the California Public Utilities Commission's regulation of transportation-network companies.

- Under California law, the availability of a products-liability cause of action based on Lyft's application (whether arising from an asserted design defect or a failure to warn), as well as, assuming availability, whether the following specific allegations can be the basis of a design-defect products-liability theory only (and not any other cause of action):

- o  "Failing to enact and appropriately enforce a zero-tolerance policy toward drivers with a history of inappropriate behavior" (ECF 175 ¶ 355(c)).

- o  "[F]ailing to add appropriate background checks before and after allowing drivers onto the app, including but not limited to biometric screening" (ECF 175 ¶ 355(f)).

- o  Failing to adopt "operat[ion]" of "cameras or microphones in conjunction with the use of the application" and failing to include "a feature to … to ship dash cameras to drivers" (ECF 175 ¶ 369(a)), which encompasses both the in-app recording variant and the separate dash-camera shipping variant of that allegation.

Dated: July 8, 2026

Respectfully submitted,

By: /s/ Rachel B. Abrams

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

Aimee Wagstaff
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80203
Telephone: (720) 255-7623
awagstaff@wagstafflawfirm.com

*Co-Lead Counsel Applicants for Plaintiffs*

JOINT STIPULATION REGARDING MOTIONS TO DISMISS
MDL NO. 3171

By: */s/ Nadine S. Kohane*
Kristen Richer (SBN 315883)
Sandra M. Ko (SBN 260863)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA  90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
kricher@btlaw.com
sko@btlaw.com

*Defense Liaison Counsel and Counsel for Defendant
Lyft, Inc.*

Nadine S. Kohane (admitted pro hac vice)
**BARNES & THORNBURG LLP**
390 Madison Ave., 12th Floor
New York, NY  10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
nkohane@btlaw.com

Beth A. Stewart (admitted pro hac vice)
David Randall J. Riskin (admitted pro hac vice)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
bstewart@wc.com
driskin@wc.com

*Counsel for Defendant Lyft, Inc.*

**IT IS SO ORDERED.**

Dated: July 8, 2026

_____
Hon. Rita F. Lin
United States District Court Judge

JOINT STIPULATION REGARDING MOTIONS TO DISMISS
MDL NO. 3171