Kristen L. Richer (SBN 315883)
Sandra M. Ko (SBN 260863)
Joshua J. Wes (SBN 238541)
Erin M. Gilmore (SBN 324319)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
kricher@btlaw.com
sko@btlaw.com
jwes@btlaw.com
egilmore@btlaw.com

Nadine S. Kohane (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
390 Madison Ave., 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
nkohane@btlaw.com

*Counsel for Defendant Lyft, Inc.*
*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:26-md-03171-RFL |
| | **JOINT STATUS REPORT REGARDING METADATA FIELDS** |
| This Document Relates to:<br><br>ALL ACTIONS | |

As directed at the July 14, 2026 Discovery Status Conference, the Parties jointly submit this update regarding metadata fields.

Listed in the table below are Plaintiffs' requested eleven additional metadata fields specific to Slack data.  Lyft previously advised that these eleven fields are not available through a standard export workflow.  Lyft has further investigated their inclusion, including running test exports to determine the feasibility of inclusion of these fields.  The results to date are inconclusive[1], but with further follow up, Lyft expects to be able to provide an update by 12:00 p.m. PT, July 23, 2026. Therefore, the Parties agree to submit a further joint update by 12:00 p.m. PT, July 23, 2026. Plaintiffs anticipate a more fulsome update from Lyft regarding this matter.

| Field Name | Plaintiffs' Field Description | Status |
|---|---|---|
| Message ID | Unique identifier for a Slack message, represented by the message timestamp (ts). | MEET & CONFER |
| Reactions | Emoji reactions associated with a message, including reaction name, count, and reacting users. | MEET & CONFER |
| Room Created By | User who initiated the Slack Huddle. Slack states that huddle metadata includes who started the huddle. | MEET & CONFER |
| Room Start Date | Timestamp indicating when the huddle began or when participants first joined. | MEET & CONFER |

---

[1] Plaintiffs were just made aware of this development an hour prior to this filing.

JOINT STATUS REPORT REGARDING METADATA FIELDS
CASE NO. 3:26-MD-03171-RFL

| Field Name | Plaintiffs' Field Description | Status |
|---|---|---|
| Room End Date | Timestamp indicating when the huddle concluded. | MEET & CONFER |
| Room Participant History | List or history of participants and when they joined or left the huddle. | MEET & CONFER |
| Permalink | Permanent URL that links directly to a Slack message or conversation. | MEET & CONFER |
| Room ID | Unique identifier associated with a Slack Huddle or huddle conversation. Slack's Conversation Object includes huddle conversation types but does not explicitly define a field called "Room ID." | MEET & CONFER |
| Was Rejected | Boolean indicating whether a huddle invitation was rejected. Slack's Conversation Object includes huddle-related status fields, although this exact field name is not separately documented. | MEET & CONFER |
| Was Missed | Boolean indicating whether a huddle invitation was missed. Slack's Conversation Object includes huddle-related status fields, although this exact field name is not separately documented. | MEET & CONFER |

- 3 -

| Field Name | Plaintiffs' Field Description | Status |
|------------|------------------------------|--------|
| Was Accepted | Boolean indicating whether a huddle invitation was accepted. Slack's Conversation Object includes huddle-related status fields, although this exact field name is not separately documented. | MEET & CONFER |

Dated: July 21, 2026                    Respectfully submitted,

By:  */s/ Tiffany R. Ellis*
Tiffany R. Ellis
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
15 E. Baltimore
Detroit, MI 48202
Telephone: (313) 210-1559
Facsimile: (415) 840-9435
tellis@peifferwolf.com

*Counsel for Plaintiffs*

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

Aimee Wagstaff
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80203
Telephone: (720) 255-7623
awagstaff@wagstafflawfirm.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123

JOINT STATUS REPORT REGARDING METADATA FIELDS
CASE NO. 3:26-MD-03171-RFL

luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*


By: /s/ *Joshua J. Wes*
Sandra M. Ko (SBN 260863)
Joshua J. Wes (SBN 238541)
Erin M. Gilmore (SBN 324319)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
egilmore@btlaw.com

*Counsel for Defendant Lyft, Inc.*

Kristen L. Richer (SBN 315883)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
kricher@btlaw.com
sko@btlaw.com

*Defense Liaison Counsel and Counsel for Defendant Lyft, Inc.*

Nadine S. Kohane (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
390 Madison Ave., 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
nkohane@btlaw.com

Beth A. Stewart (admitted *pro hac vice*)
David Randall J. Riskin (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
bstewart@wc.com
driskin@wc.com

*Counsel for Defendant Lyft, Inc.*

JOINT STATUS REPORT REGARDING METADATA FIELDS
CASE NO. 3:26-MD-03171-RFL

## SIGNATURE ATTESTATION

I hereby attest that I am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 4-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 21, 2026                    Respectfully submitted,

**BARNES & THORNBURG LLP**

By:    */s/ Joshua J. Wes*
           Joshua J. Wes
           *Counsel for Defendant Lyft, Inc.*

JOINT STATUS REPORT REGARDING METADATA FIELDS
CASE NO. 3:26-MD-03171-RFL