*[Submitting Counsel Below]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: LYFT, INC., PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL ACTIONS

Case No. 3:26-MD-03171-RFL

**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED AGENDA**

Judge: Hon. Rita F. Lin
Courtroom: 4 – 17th Floor

In advance of the August 26, 2026 discovery status conference, Plaintiffs and Lyft, Inc. submit this Joint Case Management Statement and Proposed Agenda.

**JOINT REQUEST TO PROCEED VIA ZOOM**

The parties respectfully request that the Court consider hosting the August 26 case management conference via Zoom. Given the nature of the agenda and topics for discussion with the Court, the parties agree that the conference can proceed efficiently via Zoom. The parties will also email chambers regarding this request.

**PROPOSED AGENDA**

1. **Status of Plaintiffs' Case Filings**
2. **Amended PTO 17 (PFS)**
3. **Plaintiffs' Request for Additional PSC Appointment**
4. **Update on Coordination Order**
5. **Update to Court on ADR/JCCP**
6. **Lyft's Production of Discovery Previously Produced by Lyft to Government Entities Regarding Rideshare Sexual Assault**

## I. STATUS OF PLAINTIFFS' CASE FILINGS

As of August 18, 2026, there are 77 cases in this MDL, and approximately 2,000 plaintiffs coordinated in the JCCP.

## II. AMENDED PTO 17 (PFS)

Following the July 14 Discovery Status Conference before Judge Cisneros, the parties conferred regarding Plaintiffs' ESI Obligations in producing documents with Plaintiff Fact Sheets. On July 29, 2026, the parties submitted a joint letter (Dkt. 311) reporting that they had reached agreement on this issue, attaching a proposed Amended Pretrial Order No. 17. The parties also sought guidance from the Court as to whether they should submit the proposed Order to Your Honor, given that Your Honor entered the original Pretrial Order No. 17 prior to the ESI-related issue being referred to Judge Cisneros for consideration.

## III. PLAINTIFFS' REQUEST FOR ADDITIONAL PSC APPOINTMENT

Plaintiffs request that the Court appoint Brian Abramson from Williams Hart Boundas ("WHB") to the Plaintiffs' Steering Committee. *See* attached Exhibit 1, resume for Brian Abramson. The PSC believes Mr. Abramson's extensive experience with the Lyft JCCP litigation will assist the advancement of this case. Pursuant to PTO 8, the co-leads can assign common benefit work as they see appropriate. Mr. Abramson (and WHB) has already performed valuable work in this case and has expressed his intent to continue to do so.

## IV. UPDATE ON COORDINATION ORDER

On August 3, 2026 Lyft provided Plaintiffs' Leadership in the MDL and in the JCCP with a proposed Coordination Order governing the exchange of discovery between the MDL and JCCP. The parties are continuing to meet and confer on Lyft's proposal.

## V. UPDATE TO COURT ON ADR/JCCP

The parties in the JCCP continue to meet and confer regarding an ADR protocol, but have not yet reached an agreement.

## VI. LYFT'S PRODUCTION OF DISCOVERY PREVIOUSLY PRODUCED BY LYFT TO GOVERNMENT ENTITIES REGARDING RIDESHARE SEXUAL ASSAULT

In accordance with Pretrial Order No. 11 (Dkt. 178) on August 17, 2026 Lyft was required to substantially complete production of discovery previously produced by Lyft to government entities (other than grand juries) regarding rideshare sexual assault. Lyft produced 332 documents. Plaintiffs are in the process of reviewing Lyft's production and the parties will confer in the coming days regarding the same.

Dated: August 19, 2026

Respectfully submitted,

By: _/s/ Aimee Wagstaff_
Aimee Wagstaff (SBN 278480)
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80203
Telephone: (720) 255-7623
awagstaff@wagstafflawfirm.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

*By: /s/ Kristen L. Richer*
Kristen L. Richer (SBN 315883)
Joshua J. Wes (SBN 238541)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
kricher@btlaw.com
jwes@btlaw.com

*Defense Liaison Counsel and*
*Counsel for Defendant Lyft, Inc.*

Nadine S. Kohane (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
390 Madison Ave., 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
nkohane@btlaw.com

Beth A. Stewart (admitted *pro hac vice*)
David Randall J. Riskin (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
bstewart@wc.com
driskin@wc.com

*Counsel for Defendant Lyft, Inc.*

**FILERS ATTESTATION**

Under Civil Local Rule 5-1(h)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 19, 2026

By: *<u>/s/ Aimee Wagstaff</u>*
Aimee Wagstaff, Esq.