# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** August 25, 2026 | **Time:** 1:40 p.m.- 2:28 p.m. | **Judge:** LISA J. CISNEROS |
| **Case No.**: 3:26-md-03171-RFL | **Case Name:** In Re: Lyft, Inc. Passenger Sexual Assault Lit v. | |

**For Plaintiff:** Rachel Abrams and Tiffany Ellis, Peiffer Wolf and Sommer Luther, Wagstaff Law Firm.

**For Defendant:** Kristen Richer, Barnes & Thornburg LLP and David Riskin, Williams & Connolly LLP, counsel for Defendant

**Deputy Clerk:** Brittany Sims **Reported by:** Ana Dub

## PROCEEDINGS

Discovery Status Conference held. A forthcoming discovery management order will issue in light of the concerns raised.