UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 26-md-03171-RFL (LJC)

**DISCOVERY MANAGEMENT ORDER**

Re: Dkt. No. 322

Pretrial Order No. 11 requires that by January 4, 2027, Lyft shall have substantially completed the production of its non-privileged documents responsive to Plaintiffs' Requests for Production served by August 1, 2026. Dkt. No. 178. The parties stipulated and the Court approved interim discovery deadlines intended to ensure that the parties are on track to meet this substantial completion deadline. Dkt. No. 310. This interim schedule requires that Lyft begin rolling production of its non-privileged responsive documents by September 30, 2026. The parties' recent discovery status report and updates at the August 25, 2026 discovery status conference have raised concerns that certain intermediate issues, such as search terms and document custodians, are not being resolved quickly enough to ensure that productions begin by the end of September. To address these concerns and accelerate discovery, the Court orders the following.

The interim discovery deadlines are modified to require the parties to meet and confer in person at the courthouse. The parties shall appear at 9:00 am on September 2, 2026 in Courtroom G to negotiate any outstanding disputes regarding search terms, unless they file a status report before September 2, 2026 indicating that the parties have agreed upon the search terms and the Court vacates this particular directive.

The Court will establish a presumptive cap on the number of document custodians for discovery purposes in this MDL. By August 28, 2026 at 3:00 pm, Plaintiffs and Lyft shall either stipulate to a presumptive cap on the number of custodians or, if they are unable to reach an agreement, each side shall file a separate letter not to exceed two pages that states their respective position regarding the number of custodians and their arguments, considering FRCP 26 principles. A hearing on the matter is set for September 1, 2026 at 3:00 pm via Zoom, however, the Court may vacate the hearing if it becomes clear that a hearing is unnecessary.

Furthermore, the parties should anticipate that, if they are unable to agree on the individuals who will be designated as custodians for document discovery in this MDL, the Court will order them to appear at the courthouse on September 8, 2026 at 9:00 am to meet and confer in person. The parties shall plan to be available in person on that date, should it become necessary. Relatedly, by September 4, 2026 at 12:00 pm the parties shall file a joint status report regarding whether they have reached an agreement regarding the designated custodians, or whether outstanding disputes remain as to certain custodians, and the nature of such disputes.

The Court will take every measure possible to avoid the need for the parties to brief their disputes concerning search terms and custodians. The interim deadline of September 10, 2026 will remain in place for the parties' final submission of any disputes concerning the use of AI or TAR or the appropriate protocol. To ensure that rolling production begins on September 30, 2026, the issue of search terms and custodians shall be resolved before September 10, 2026, unless a further order issues otherwise.

**IT IS SO ORDERED.**

Dated: August 26, 2026

LISA J. CISNEROS
United States Magistrate Judge