*[Submitting Counsel Below]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: LYFT, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:26-MD-03171-RFL<br><br>**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED AGENDA**<br><br>Judge: Hon. Rita F. Lin<br>Courtroom: 4 – 17th Floor |

In advance of the September 23, 2026 Case Management Conference, Plaintiffs and Lyft, Inc. submit this Joint Case Management Statement and Proposed Agenda.

**JOINT REQUEST TO PROCEED VIA ZOOM**

The parties respectfully request that the Court consider hosting the September 23 Case Management Conference via Zoom. Given the nature of the agenda and topics for discussion with the Court, the parties agree that the conference can proceed efficiently via Zoom. The parties will also email chambers regarding this request.

**PROPOSED AGENDA**

1. **Status of Plaintiffs' Case Filings**
2. **Discovery Update**
3. **Update on ADR/JCCP**

## I. STATUS OF PLAINTIFFS' CASE FILINGS

As of September 16, 2026, there are 132 cases in this MDL, and approximately 2,000 plaintiffs coordinated in the JCCP.

## II. DISCOVERY UPDATE

Pursuant to Court order (Dkts. 354, 374), the parties conducted a two-day, in-person meet and confer in Judge Cisneros's chambers on September 8 and 9, 2026 for the purpose of addressing search terms and custodians.

### A. Search Terms

The parties are continuing to confer and are working collaboratively to identify search terms to be applied to Lyft's electronically stored information for purposes of identifying responsive documents. To date, the parties have exchanged multiple rounds of proposed terms and hit reports and have engaged in extensive discussions regarding the appropriate scope and application of those terms. The parties conferred on September 15, 2026, and again on September 16, 2026. While the parties have agreed to confer further on September 17, 2026, Plaintiffs believe unfortunately the parties remain apart on numerous search terms (Lyft is more hopeful) and anticipate a PTO 18 submission to Judge Cisneros. The parties will provide a status update to Judge Cisneros on

September 17, 2026. (Dkts. 409, 410.)

**B. TAR Validation**

Lyft intends to use TAR 2.0 to assist in its document review. The parties conferred regarding the TAR 2.0 protocol but were unable to reach agreement regarding certain validation procedures. On September 11, 2026, the parties submitted a joint discovery letter to Judge Cisneros addressing their positions on this issue.

**C. Custodians**

Judge Cisneros set a presumptive limit of 40 new custodians, in addition to the 53 custodians previously used in the JCCP. (Dkt. 373). To date, Plaintiffs have identified 33 new custodians; Lyft is in the process of reviewing Plaintiffs' selections and, to date, has not objected to any. The parties continue to confer generally about search terms, as well as specifically about information Plaintiffs have requested regarding Lyft's organization structure, dates of employment, and prior positions held by the members of Lyft's Executive Leadership Team, which Plaintiffs contend is necessary to evaluate and identify the remaining custodians. Lyft anticipates providing responses to Plaintiffs' requests this week.

The parties will provide a status update to Judge Cisneros on September 17, 2026. (Dkts. 409, 410.)

**D. Lyft's Production of Discovery Previously Produced by Lyft to Government Entities Regarding Rideshare Sexual Assault**

On August 17, 2026, in accordance with Pretrial Order 11, Lyft produced to Plaintiffs "discovery previously produced by Lyft to government entities (other than grand juries) regarding rideshare sexual assault." (Dkt. 178.) The parties conferred regarding that production, and Lyft addressed questions Plaintiffs posed. On September 4, 2026, Judge Cisneros, in response to Plaintiffs' statement in a discovery update (Dkt. 386), ordered Lyft to comply with the deadline to "substantially complete production of discovery previously produced by Lyft to government entities (other than grand juries) regarding rideshare sexual assault" by September 7, 2026 at 10:00 a.m. (Dkt. 393.) Two days later, Lyft notified the Court it believed it had substantially completed

production (consistent with the Court's initial order), but that the parties were continuing to confer and Lyft was conducting further investigations in response to Plaintiffs' inquiries. (Dkt. 394). Lyft notified the Court on September 11, 2026 that it had identified additional responsive documents, and that it intended to produce them by September 30, 2026. (Dkt. 411.) Judge Cisneros continued the deadline to produce remaining government-produced information to September 30, 2026. (Dkt. 416.)

### E. Privilege Log Protocol

The parties continue to confer about a protocol for handling privilege in discovery. Plaintiffs have provided responses to the current draft, and the parties anticipate either filing a proposed order or addressing any disputes through a PTO 18 brief in short order.

## III. UPDATE TO COURT ON ADR/JCCP

The parties in the JCCP continue to confer regarding an ADR protocol.

Dated: September 16, 2026

Respectfully submitted,

By: _*/s/ Rachel B. Abrams*___________
Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
Facsimile: (415) 840-9435
rabrams@peifferwolf.com

Aimee Wagstaff (SBN 278480)
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80203
Telephone: (720) 255-7623
awagstaff@wagstafflawfirm.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 499-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

By: /s/ Beth A. Stewart

Beth A. Stewart (admitted *pro hac vice*)
David Randall J. Riskin (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
bstewart@wc.com
driskin@wc.com

Kristen L. Richer (SBN 315883)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894
kricher@btlaw.com

*Defense Liaison Counsel and*
*Counsel for Defendant Lyft, Inc.*

Nadine S. Kohane (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
390 Madison Ave., 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
Facsimile: (646) 746-2001
nkohane@btlaw.com

*Counsel for Defendant Lyft, Inc.*

**FILERS ATTESTATION**

Under Civil Local Rule 5-1(h)(3), I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 16, 2026 By: *_/s/ Beth A. Stewart_*