# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** September 9, 2026 | **Time:** 8 hours and 10 minutes | **Judge:** LISA J. CISNEROS |
| **Case No.**: 3:26-md-03171-RFL | **Case Name:** In Re: Lyft, Inc. Passenger Sexual Assault Lit v. | |

**For Plaintiff:** Sommer Luther, Wagstaff Law Firm, Tiffany Ellis, Peiffer Wolf Carr Kane Conway & Wise LLP and Katherine, Bailey and Glasser, LLP, counsel for Plaintiffs

**For Defendants:** Kristin Ritcher, Barnes and Thornburg LLP, counsel for Defendants; Deanne Lee, Associate with Barnes and Thornburg LLP

**Deputy Clerk:** Brittany Sims **Reported by:** Not Recorded or Reported

## PROCEEDINGS

Informal Meet and Confer held. The parties appeared at 9:00 am in Courtroom G to meet and confer concerning search terms. At the outset the parties update Judge Cisneros regarding their negotiations concerning the designation of custodians and search terms. Upon the parties' request, Judge Cisneros informally conferred with the parties regarding issues related to search. Plaintiffs designated 33 custodians. The parties' meet and confer ended at 5:10 pm.