Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

Aimee Wagstaff (SBN 278480)
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80203
Telephone: (303) 376-6360
awagstaff@wagstafflawfirm.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION | No. 3:26-MD-03171-RFL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SEARCH TERMS** |
| This Document Relates to:<br><br>ALL ACTIONS | |

WHEREAS, on September 17, 2026, the parties filed a Joint Status Report regarding their negotiations concerning search terms and custodians (Dkt. 422);

WHEREAS, on September 18, 2026, the Court ordered the parties to exchange briefs and file a joint letter pursuant to Pretrial Order No. 18 concerning the remaining search-term disputes, and set a hearing regarding same for September 23, 2026 (Dkt. 426);

WHEREAS, pursuant to the above-mentioned order, the parties filed their Joint Letter Regarding Search Terms on September 22, 2026 (Dkt. 433);

WHEREAS, on September 23, 2026, the Court held a hearing on the parties' remaining search-term disputes and provided tentative rulings on the disputed terms reflected in the spreadsheet submitted as Appendix A (Dkt. 433-1) with the parties' Joint Letter;

WHEREAS, at the hearing, the Court provided the parties an opportunity to review the tentative rulings and to present argument concerning their remaining disputes;

WHEREAS, after hearing argument, the Court ruled on the record concerning the remaining disputes and directed the parties to submit a proposed order memorializing those rulings;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. The Court's rulings reflected in Exhibit A (column H) are adopted and incorporated into this Order, except to the extent modified below:

   a) The rulings concerning Terms 18, 22, 68, 180, 241, and 282 shall be as reflected in Exhibit B.

   b) With respect to the terms identified by the Court in Exhibit A as appearing to be identical (Terms 136, 141, 143, 144, 151, 159, 173, 182, 183), the parties have met and conferred and reached agreement on all terms. The parties' agreed terms are similarly reflected on Exhibit B.

2. The search terms approved by this Order shall be applied across all agreed custodians in this litigation, including the JCCP custodians.

3. To the extent Lyft seeks to add, remove, or modify certain search terms and/or apply only certain search terms to certain custodians, it shall meet and confer with Plaintiffs and, if the parties cannot reach agreement, they shall submit a joint letter to the Court via the process set forth in Pretrial Order No. 18.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 25, 2026

Respectfully submitted,

By: *<u>/s/ Aimee Wagstaff</u>*
Aimee Wagstaff (SBN 278480)
**WAGSTAFF LAW FIRM**
940 N. Lincoln Street
Denver, CO 80203
Telephone: (303) 376-6360
awagstaff@wagstafflawfirm.com

Rachel B. Abrams (SBN 209316)
**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 426-5641
rabrams@peifferwolf.com

Roopal P. Luhana
**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
luhana@chaffinluhana.com

*Co-Lead Counsel for Plaintiffs*

By: *<u>/s/ Kristen Richer</u>*
Kristen L. Richer (SBN 315883)
**BARNES & THORNBURG LLP**
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Telephone: (310) 284-3880
kricher@btlaw.com

*Defense Liaison Counsel and*
*Counsel for Defendant Lyft, Inc.*

Nadine S. Kohane (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
390 Madison Ave., 12th Floor
New York, NY 10017
Telephone: (646) 746-2000
nkohane@btlaw.com

Beth A. Stewart (admitted *pro hac vice*)
David Randall J. Riskin (admitted *pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
bstewart@wc.com
driskin@wc.com

*Counsel for Defendant Lyft, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

______________________________
Hon. Lisa J. Cisneros
United States Magistrate Judge

**SIGNATURE ATTESTATION**

I hereby attest that I am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 4-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 25, 2026

Respectfully submitted,

**PEIFFER WOLF CARR KANE CONWAY & WISE, LLP**

By: */s/ Aimee Wagstaff*
Aimee Wagstaff, Esq.

*Counsel for Plaintiffs*