# EXHIBIT A

# Filed Under Seal