# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** September 23, 2026 | **Time:** 1 hour and 7 minutes | **Judge:** LISA J. CISNEROS |
| **Case No.**: 3:26-md-03171-RFL | **Case Name:** In Re: Lyft, Inc. Passenger Sexual Assault Lit v. | |

**For Plaintiffs:** Roopal Luhana, Chaffin Luhana LLP, Rachel Abrams and Tiffany Ellis, Peiffer Wolf and Sommer Luther, Wagstaff Law Firm and Celine Cutter, Cutter Law PC, counsel for Plaintiffs.

**For Defendants:** Kristen Richer, Barnes & Thornburg LLP and David Riskin, Williams & Connolly LLP, counsel for Defendants.

**Deputy Clerk:** Brittany Sims

**Liberty Recording:** 3:49 p.m.- 3:52 p.m.; 4:47 p.m.-5:51 p.m.

## PROCEEDINGS

Discovery Hearing held. The parties appeared for a discovery conference concerning over 100 disputed search terms. At the conference the Court provided the parties tentative rulings on the disputed search terms, which had been briefed in a discovery letter, ECF No. 433. The conference recessed and the parties were given time to review the tentative rulings and then confer with the opposing party to discuss potential agreements. The parties were also given the opportunity to contest a limited number of tentative rulings on search terms. The parties and the court reconvened for a hearing on the contested tentative rulings. The Court issued its rulings and directed the parties to meet and confer regarding certain outstanding disputed search terms, and file a joint stipulation and proposed order incorporating the Court's rulings regarding search terms and any agreements by the parties as to the remaining disputed search terms.