# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** November 4, 2026 | **Time:** 30 minutes | **Judge:** LISA J. CISNEROS |
| **Case No.**: 3:26-md-03171-RFL | **Case Name:** In Re: Lyft, Inc. Passenger Sexual Assault Lit v. | |

**For Plaintiff:** Roopal Luhana, Chaffin Luhana LLP, Tiffany Ellis and Rachel Abrams, Pfeiffer Wolf, Sommer Luther, Wagstaff Law Firm and Erin Berstein, Motley Rice, counsel for Plaintiffs.

**For Defendant:** Kristen Richer, Barnes & Thornburg LLP and David Riskin, Williams & Connolly LLP.

**Deputy Clerk:** Brittany Sims **Zoom Recording:** 8:38 a.m.-9:08 a.m.

## PROCEEDINGS

Discovery Hearing held. The parties discussed the discovery disputes at ECF Nos. 475, 476, and 482. The Discovery Judge's remote internet connection failed such that the hearing could not proceed. The Court will reschedule the hearing.