# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

| **Date:** November 9, 2026 | **Time:** 1:07 p.m.-2:14 p.m. | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.**: 3:26-md-03171-RFL | **Case Name:** In Re: Lyft, Inc. Passenger Sexual Assault Lit v. | |

**For Plaintiffs:** Tiffany Ellis and Rachel Abrams, Pfeiffer Wolf, Sommer Luther, Wagstaff Law Firm and Erin Berstein, Motley Rice, counsel for Plaintiffs.

**For Defendants**: Nadine Kohane, Barnes & Thornburg LLP and David Riskin, Williams & Connolly LLP.

**Deputy Clerk:** Brittany Sims **Reported by:** Stephen Franklin

### PROCEEDINGS

Discovery Hearing held. The Court heard argument concerning the pending discovery disputes at ECF Nos. 475, 476, 482. With respect to the administrative motion at ECF No. 486, Lyft provided an update that Lyft anticipates that it will complete ingestion of custodial data by the end of today.