UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: LYFT, INC. PASSENGER SEXUAL ASSAULT LITIGATION

This Document Relates to:

ALL ACTIONS

No. 3:26-md-03171-LJC

MDL 3171

Judge: Honorable Lisa J. Cisneros

**ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL (DKT. 506) AND LYFT'S STATEMENT REGARDING SAME**

Having considered Plaintiffs' November 16, 2026, Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal (Dkt. 506) and Lyft's corresponding Statement responding to Plaintiffs' motion, the Court **GRANTS** the motion and **ORDERS** that the following materials shall be sealed:

| Document | Description | Designating Party |
|---|---|---|
| Lyft's Exhibit A to the Parties' November 16, 2026, Joint Status Report and Proposed Agenda (Dkt. 505-1) | References to workflows, platforms, and tools within Lyft's internal data infrastructure, reflective of confidential and commercially sensitive business development information proprietary to Lyft | Lyft |

**IT IS SO ORDERED.**

Dated: November 24, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge